## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE _01-22-02_ |

| | |
|---|---|
| NAME OF SERVER (PRINT) _Norbert Peter Endres_ | TITLE _Deputy Sheriff_ |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant  Place where served _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
Name of person with whom the summons and complaint were left _____
_Rajsree Gupta- wife_

☐ Returned unexecuted _____

☐ Other (specify) _Attempts made on: 1/16/02 7:25 and 1/18/02 10:10_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 2.24 | 90.00 | 92.24 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on ___01-22-02 at 10:30am___          _signature_
             Date                              Signature of Server

             _115 West Doty Street Madison_
             Address of Server

BRUCE RIFKIN

(1) As to

CV 02-05003 #00000010

# United States District Court

WESTERN _____ DISTRICT OF __ WASHINGTON, AT TACOMA

JOSEPH E. SANDUSKY,

　　　　PLAINTIFF,

　　　V.

PANKAJ GUPTA, MD and
LOWER COLUMBIA EAR NOSE
AND THROAT, P.S.,

　　　　　DEFENDANTS

## SUMMONS IN A CIVIL CASE

CASE NUMBER **C 02-5002 RJB**

TO: (Name and address of defendant)

PANKAJ GUPTA, M.D,
1313 FISH HATCHERY ROAD　　OR
MADISON, WI 53715

4235 WANDA PL.
MADISON, WI
53711

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DEREK P. RADTKE
RONALD L. UNGER
675 SOUTH LANE ST., Ste. 300
SEATTLE, WA 98104

20

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint You must also file your answer with the Clerk of this Court within a reasonable period of time after service

## BRUCE RIFKIN

ERK

Carl C. McZeal

(BY) DEPUTY CLERK

JAN -2 2002

DATE

02000578